**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

CARLEE RYAN PIATT                                                                  PLAINTIFF

V.                                                                CIVIL ACTION NO. 3:18-CV-275-NBB-RP

DOLGENCORP, LLC, et al.                                                            DEFENDANT

## ORDER SUBSTITUTING PARTY

This matter is before the court on the parties' joint *ore tenus* motion to substitute

Dolgencorp, LLC for the defendant incorrectly named in the complaint as Dollar General

Corporation.    The court finds the request is well taken and should be **GRANTED**.

Dolgencorp, LLC is substituted as the defendant in place of Dollar General Corporation.    The

Clerk of Court is directed to change the style on the docket to reflect the new, properly

designated defendant, and the parties are directed to observe this change in future filings.

SO ORDERED, this the 14th day of June, 2022.


/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE